IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:12CV38

| | |
|---|---|
| JIMMY BARBER )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN COLVIN, )<br>Acting Commissioner, Social )<br>Security Administration, )<br>      Defendant. )<br>_____) | ORDER |

       **THIS MATTER** is before the Court upon its own Motion. An order was entered by the Court on April 12, 2012, directing the Plaintiff, within thirty (30) days of the date of the Order to either remit the $350.00 filing fee or file a new Application To Proceed In District Court Without Prepaying Fees Or Cost, using the long form, explaining in more detail how he was able to sustain himself without any source of income. As of June 13, 2013, Plaintiff has yet to respond.

       **IT IS THEREFORE ORDERED** that the above captioned case is **DISMISSED with prejudice** for failure to comply with the Court's Order.

**Signed: June 13, 2013**

Richard L. Voorhees
United States District Judge